USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SQUAREX PHARMACEUTICAL CORP.,

                Plaintiff,

    - against -

EF HUTTON LLC,

                Defendant.

**24-CV-6866 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the May 9, 2025, letter informing the Court that Plaintiff Squarex Pharmaceutical Corp. ("Squarex") and Defendant EF Hutton LLC ("EF Hutton") have completed the pre-motion letter exchange regarding Squarex's anticipated motion to dismiss Hutton's first amended complaint and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 23.)

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs Squarex and EF Hutton to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If Squarex and EF Hutton request supplemental or full briefing, they shall

submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:    May 12, 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.